IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01818-BNB

DAVID JOSEPH GARCIA,

Plaintiff,

v.

JEFFERSON COUNTY,
AIRMART, INC., and
JOHN & JANE DOE, In Their Professional and Personal Capacities, 1-20,

Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge. It is

DATED April 28, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-01818-BNB

David J. Garcia
Prisoner No. P00055371
Jefferson County Det. Facility
PO Box 16700
Golden, CO 80402

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/28/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk