FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 21 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01818-LTB-MJW

DAVID JOSEPH GARCIA,

    Plaintiff,

v.

JEFFERSON COUNTY,
AIRMART, INC., and
JOHN & JANE DOE, (In Their Professional and Person Capacity 1-20)

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: 5/21/08

BY THE COURT:

s/ Michael J. Watanabe
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01818-LTB-MJW

David J. Garcia
Jefferson County Det. Facility
PO Box 16700
Golden, CO 80402

US Marshal Service
Service Clerk
Service forms for: Jefferson County and AirMart, Inc

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Jefferson County and AirMart, Inc: AMENDED COMPLAINT FILED 04/25/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/21/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk