**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 07-cv-01818-LTB-MJW

DAVID JOSEPH GARCIA,

      Plaintiff,

v.

JEFFERSON COUNTY,
AIRMART, INC., and
JOHN & JANE DOE (in their professional and personal capacity 1-20),

      Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant Jefferson County's Motion to Consolidate this Action With <u>Ferris v. Jefferson County, et al</u>., Civil Action # 07-CV-02215-REB-MJW (Doc 32 - filed June 10, 2008), is GRANTED and this case, Case No. 07-cv-01818-LTB-MJW, is consolidated for all purposes with Case No. 07-cv-02215-REB-MJW.

      The parties are directed that all future filing shall be in the lead case of 07-cv-02215-REB-MJW with the captioned as follows:

Civil Action No. 07-cv-02215-REB-MJW
(Consolidated w/07-cv-01818-LTB-MJW)

CASEY B. FERRIS, and
DAVID JOSEPH GARCIA,

Plaintiffs,

v.

JEFFERSON COUNTY,
TED MINKS, Jefferson County Sheriff, in his professional and personal capacity, and
ARA MARK, INC.,
AIRMART, INC., and
JOHN & JANE DOE (in their professional and personal capacity 1-20),

Defendants.


DATED: June 11, 2008